# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| XYZ Corporation, | Case No.: 1:24-cv-00908 |
| Plaintiff, | |
| v. | Judge Andrea R. Wood |
| The Partnerships And Unincorporated Associations Identified On Schedule A, | Magistrate Judge Maria Valdez |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS

Plaintiff seeks this Court's authorization to effectuate service of process by email and/or electronic publication in an action arising out of the Federal Copyright Act, 17 U.S.C. § 101, *et seq*. Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: February 8, 2024

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**Sullivan & Carter, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

*ATTORNEYS FOR PLAINTIFF*