## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ZIGGY ZIG DESIGNS LLC,

      PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:24-CV-00908

JUDGE ANDREA R. WOOD

MAGISTRATE JUDGE MARIA VALDEZ

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 2 | Shenzhen Zhuoshengtong Technology Co., Ltd. |
| 7 | Sichuan Yansen Furnace Industry Co., Ltd. |
| 21 | EXREIZST Store |
| 282 | leisheng11 |

Dated:    August 11, 2024    Respectfully submitted,

/s/ Alison K. Carter
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***