**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZIGGY ZIG DESIGNS, LLC, | |
| Plaintiff, | No. 24-cv-00908 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Magistrate Judge Maria Valdez |
| Defendants. | |

## DEFAULT JUDGMENT ORDER

This action, having been commenced by Ziggy Zig Designs, LLC ("ZZD" or "Plaintiff") against the Defendants identified on Schedule A, and using at least the online marketplace accounts identified therein (the "Defendant Internet Stores" or "Seller Aliases"), and ZZD, having moved for entry of Default and Default Judgment against the Defendants identified on Schedule attached hereto (collectively, the "Defaulting Defendants");

ZZD, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having properly answered the Complaint, and the time for answering the Complaint having expired;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has presented screenshot evidence that each Defaulting Defendant is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using infringing versions of Plaintiff's Copyrights (the "Infringing Products"). See Docket No. [20], which includes screenshot evidence, confirming that each Defaulting Defendant does stand ready, willing, and able to ship the infringing goods to customers in Illinois, and the goods of which use the Gas Can Ornament Copyrights, identified in Exhibit 1 to the Complaint.

This Court further finds that Defaulting Defendants are liable for willful copyright infringement, pursuant to 17 U.S.C. § 504(c)(2).

Accordingly, this Court orders that ZZD's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them be permanently enjoined and restrained from:

    a.  using the Gas Can Ornament Copyrights, or any reproductions, infringing copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Gas Can Ornament Product or not authorized by ZZD to be sold in connection with the Gas Can Ornament Copyrights;

2

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Gas Can Ornament Product or any other product produced by ZZD, that is not ZZD's or not produced under the authorization, control or supervision of ZZD and approved by ZZD, for sale under the Gas Can Ornament Copyrights;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of ZZD, or are sponsored by, approved by, or otherwise connected with ZZD;

d. further infringing the Gas Can Ornament Copyrights and damaging ZZD's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for ZZD, nor authorized by ZZD to be sold or offered for sale, and which bear any of the Gas Can Ornament Copyrights, or any reproductions, infringing copies or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or Seller Alias account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing products; and,

g. operating and/or hosting websites at any other online marketplace or domain name registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Gas Can Ornament Copyrights, or any reproductions, infringing copies, or colorable imitations thereof, that is not a genuine Gas Can Ornament Product, or not authorized by ZZD to be sold in connection with the Gas Can Ornament Copyrights.

2.      Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces, including but not limited to, Alibaba, AliExpress, Amazon, DHGate, eBay, Fruugo, Joybuy, Shein, Shopify, Temu, Walmart, and Wish (the "Online Marketplaces"), any payment processors, including but not limited to, PayPal, Payoneer, Stripe, and Alipay (the "Payment Processors"), and any social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, associated domain names and domain registrars (collectively, the "Third Party Providers") shall within five (5) business days of receipt of this Order:

> a    Disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of infringing goods using the Gas Can Ornament Copyrights, including any accounts associated with the Defaulting Defendants;
>
> b    Disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Gas Can Ornament Copyrights; and
>
> c    Take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3.      Pursuant to 17 U.S.C. § 504(c)(2), ZZD is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Gas Can Ornament Copyrights. The one hundred-thousand-dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases on Schedule A to the Complaint.

4.      Any third party who is providing services for any of the Defendants, or in connection with any of Defendant's websites at the online marketplace accounts or other websites

operated by Defendants, including, without limitation, the Online Marketplaces, Payment Processors, and Third Party Providers, shall within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, including Defaulting Defendants' online marketplace accounts or websites, from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Online Marketplaces, Payment Processors, and Third-Party Providers, are hereby released to ZZD as partial payment of the above-identified damages, and the Online Marketplaces, Payment Processors, and Third-Party Providers are ordered to release to ZZD the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6. Until ZZD has recovered full payment of monies owed to it by any Defaulting Defendant, ZZD shall have the ongoing authority to serve this Order on the Online Marketplaces, Payment Processors and any banks, savings, and loan associations, Third-Party Providers, third party payment processors, or other financial institutions, for any Defaulting Defendant or any of Defaulting Defendants' online marketplace accounts or websites, in the event that any new accounts controlled or operated by Defaulting Defendants are identified, and within five (5) days of receipt of the Order, the Online Marketplaces, Payment Providers, and Third-Party Providers shall:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third parties;

b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other assets of Defaulting Defendants; and,

c. Release all monies restrained in Defaulting Defendants' accounts to ZZD, as partial payment of the above-identified damages;

d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller Aliases shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using Infringing and copies or reproductions of Plaintiff's Gas Can Ornament Copyrights.

7. In the event that ZZD identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, ZZD may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses originally identified and served.

8. The bond posted by Plaintiff in the amount of $10,000.00, and any applicable or earned interest, is hereby ordered released by the Clerk to Plaintiff's counsel via US Mail to Sullivan & Carter, LLP, 2743 N. Ridgeway Avenue, Chicago, IL 60647.

This is a Final Judgment.

Dated: September 30, 2025

Andrea R. Wood
United States District Judge

## SCHEDULE A

| No. | Defendant Name | Store/Seller Page |
|---|---|---|
| 1 | Shenzhen Xingboya Electronic Technology Co., Ltd. | dollsclothes.en.alibaba.com |
| 2 | DISMISSED | DISMISSED |
| 3 | Changde City Liberty Gifts Co., Ltd. | libertygifts4.en.alibaba.com |
| 4 | L&s Technology (shenzhen) Co., Ltd. | lstec.en.alibaba.com |
| 5 | Nanjing Huaqi Import and Export Trading Co.,Ltd | njhuaxi.en.alibaba.com |
| 6 | Yiwu Sangor Import And Export Co., Ltd. | sangorgifts.en.alibaba.com |
| 7 | DISMISSED | DISMISSED |
| 8 | Shenzhen Tianshidachuang Trade Co., Ltd. | tsdccn.en.alibaba.com |
| 9 | Yiwu Youshu Import And Export Co., Ltd. | youshow.en.alibaba.com |
| 10 | Yiwu Shinee Trading Co., Ltd. | ywshinee.en.alibaba.com |
| 11 | Yiwu Zibi Jewelry Co., Ltd. | ywzibi.en.alibaba.com |
| 12 | ACool Man Store | aliexpress.com/store/1100391819 |
| 13 | Ningbo hinta store | aliexpress.com/store/1100922304 |
| 14 | Figurines & Life Store | aliexpress.clothes/store/1101221507 |
| 15 | VKTECH Official Store | aliexpress.com/store/1101242518 |
| 16 | CHIM CHIM Store | aliexpress.com/store/1101267874 |
| 17 | Instorage Store | aliexpress.com/store/1101274368 |
| 18 | HUAZAIfascinating homes Store | aliexpress.com/store/1101282062 |
| 19 | Healthy Life Quality Store | aliexpress.com/store/1101384209 |
| 20 | HM-Warm Store | aliexpress.com/store/1101418528 |
| 21 | DISMISSED | DISMISSED |
| 22 | Ali Discount Store | aliexpress.com/store/1101571391 |
| 23 | homesunshine Store | aliexpress.com/store/1101589284 |
| 24 | daily store Store | aliexpress.com/store/1101785275 |
| 25 | Dailyhome Store | aliexpress.com/store/1101880784 |
| 26 | Lay Department Store | aliexpress.com/store/1101910061 |
| 27 | Shop1100052226 Store | aliexpress.com/store/1101982808 |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 28 | Shop1100220555 Store | aliexpress.com/store/1102014405 |
| 29 | TAOZI Dropshipping Service Store | aliexpress.com/store/1102015661 |
| 30 | Shop1102215265 Store | aliexpress.com/store/1102212311 |
| 31 | Friends Of Home Store | aliexpress.com/store/1102438668 |
| 32 | Have Integrity Store | aliexpress.com/store/1102516981 |
| 33 | BIGEHOME Store | aliexpress.com/store/1102645442 |
| 34 | UP Auto Store | aliexpress.com/store/1102649440 |
| 35 | Cat And Dog Pet Supplies Store | aliexpress.com/store/1102650153 |
| 36 | Homehelper Store | aliexpress.com/store/1102690421 |
| 37 | Naturally Store | aliexpress.com/store/1102754549 |
| 38 | Homestead Heaven Store | aliexpress.com/store/1102801300 |
| 39 | Shu Ran Store | aliexpress.com/store/1102907297 |
| 40 | Sunny Dreamy Spaces Store | aliexpress.com/store/1102914119 |
| 41 | Shop1102999808 Store | aliexpress.com/store/1102992881 |
| 42 | High Quality Exquisite Store | aliexpress.com/store/1103000412 |
| 43 | Shop1103064386 Store | aliexpress.com/store/1103064387 |
| 44 | Shop1103156186 Store | aliexpress.com/store/1103156187 |
| 45 | DISMISSED | DISMISSED |
| 46 | jinxiangshang | amazon.com/sp?seller=A10X036VUN1EEX |
| 47 | bitimaoyi | amazon.com/sp?seller=A11JZTOUD3JUTC |
| 48 | DISMISSED | DISMISSED |
| 49 | Uddiee Tech | amazon.com/sp?seller=A12FHTB6266VRF |
| 50 | VVLifeStyle | amazon.com/sp?seller=A130HS47QSMKUG |
| 51 | DaLaBaShangMao | amazon.com/sp?seller=A131LZZKRYMBAK |
| 52 | DISMISSED | DISMISSED |
| 53 | HuoYueYing | amazon.com/sp?seller=A14L59ST6Y8X59 |
| 54 | shallow smile | amazon.com/sp?seller=A153HOXY32DSRF |
| 55 | cufanshangmaoyouxiangongsi | amazon.com/sp?seller=A156OQF40G9PND |
| 56 | yiluchanghong668 | amazon.com/sp?seller=A16E581WXDC1QT |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 57 | Shining Crown Direct | amazon.com/sp?seller=A17QGU6O5E8V7Z |
| 58 | DISMISSED | DISMISSED |
| 59 | YONGHZ | amazon.com/sp?seller=A19SO958HCHCV7 |
| 60 | TiMeke store | amazon.com/sp?seller=A1AEM10NHQR7AX |
| 61 | DISMISSED | DISMISSED |
| 62 | guochunlifushichaoshi | amazon.com/sp?seller=A1EWPNVBIZFLC8 |
| 63 | kafeibeibaihuodian | amazon.com/sp?seller=A1GDYIH5RA76AZ |
| 64 | DISMISSED | DISMISSED |
| 65 | kaixiai | amazon.com/sp?seller=A1GTFTVYGL8DC4 |
| 66 | DISMISSED | DISMISSED |
| 67 | DISMISSED | DISMISSED |
| 68 | Jin Fei | amazon.com/sp?seller=A1LETKC72EQ24C |
| 69 | FeiTian-Xiang | amazon.com/sp?seller=A1MQEKMBZM9NKR |
| 70 | QUNZHIZZZ | amazon.com/sp?seller=A1NYQ7HKC7CNB1 |
| 71 | DISMISSED | DISMISSED |
| 72 | skye department store | amazon.com/sp?seller=A1PVH7ZI0MS1F9 |
| 73 | huayangus | amazon.com/sp?seller=A1Q1CMWDQLIQCH |
| 74 | 厦门一颗牙科技有限公司 | amazon.com/sp?seller=A1QKAFQV00FJ0Q |
| 75 | IFTY666 | amazon.com/sp?seller=A1R0HYWM42KUK4 |
| 76 | Ming Yun shop | amazon.com/sp?seller=A1S44XR0A7ZMX |
| 77 | CTOPIA | amazon.com/sp?seller=A1SS3KG4F36Q7E |
| 78 | fashion earrings shop | amazon.com/sp?seller=A1SUVK4FVQ34B3 |
| 79 | lichenjiao | amazon.com/sp?seller=A1SYDUVYD65E1G |
| 80 | 昆明磊深电子商务有限公司 | amazon.com/sp?seller=A1TSRZKNXXDZGB |
| 81 | hangQiuYueFanShangMaoYouXianGongSi | amazon.com/sp?seller=A1V9NO1W7NESYV |
| 82 | runzishang | amazon.com/sp?seller=A1VZFECYHYTWWP |
| 83 | WEIZINAIER-LIN | amazon.com/sp?seller=A1X70MFKMCV959 |
| 84 | HNYHCRR | amazon.com/sp?seller=A1Y3RNF4Y5AD9R |
| 85 | Julie-Store | amazon.com/sp?seller=A1YY1DPPXO78MJ |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 86 | TINGYU-US | amazon.com/sp?seller=A1Z33IRM36I56V |
| 87 | **DISMISSED** | **DISMISSED** |
| 88 | Cinghappyshop | amazon.com/sp?seller=A24EODN45KQ1RO |
| 89 | LUOYASHEYING | amazon.com/sp?seller=A25O806F5VBP78 |
| 90 | 云生商贸有限公司 | amazon.com/sp?seller=A25RV4UYXD3IZS |
| 91 | Qiangliang staro | amazon.com/sp?seller=A25SL07MUMH0GG |
| 92 | Best Power Gift | amazon.com/sp?seller=A25VN2PA5Z76HE |
| 93 | guohan123 | amazon.com/sp?seller=A26V52THPWSS3S |
| 94 | ZUSKYZU | amazon.com/sp?seller=A29LJYTDGAMZR3 |
| 95 | quexunshangmao | amazon.com/sp?seller=A2E2UGZ8G2VIUA |
| 96 | **DISMISSED** | **DISMISSED** |
| 97 | zhengzhoushizhongyuanqukaiyoubaihuoshanghang | amazon.com/sp?seller=A2ENKP414ZWOKW |
| 98 | zhejiangjunyangzhinengkejiyouxiangongsi | amazon.com/sp?seller=A2FNBNLCJ8L91U |
| 99 | Aorde | amazon.com/sp?seller=A2HGLQWO5UZT39 |
| 100 | xiangyangshibinpeishangmaoyouxiangongsia | amazon.com/sp?seller=A2JN5TDZV91GPX |
| 101 | AiErxinfushangmao | amazon.com/sp?seller=A2MOJML682WXFO |
| 102 | yanhuagaohuo | amazon.com/sp?seller=A2MSTGKFJHLNMT |
| 103 | haoxinfudaoqiye | amazon.com/sp?seller=A2N71QJZVNSQZ6 |
| 104 | **DISMISSED** | **DISMISSED** |
| 105 | pufangshangmao | amazon.com/sp?seller=A2Q2CMPQLCL0VK |
| 106 | **DISMISSED** | **DISMISSED** |
| 107 | **DISMISSED** | **DISMISSED** |
| 108 | keerqinqumingxuanbaihuodian | amazon.com/sp?seller=A2V6KX3VGTCJHP |
| 109 | heidizhou516 | amazon.com/sp?seller=A2VWL1HOG39ODR |
| 110 | xiangshawan | amazon.com/sp?seller=A2XJ0O8L1EBVR3 |
| 111 | You zon | amazon.com/sp?seller=A2XTZPEPVS1I5H |
| 112 | Pongda | amazon.com/sp?seller=A2ZINE6HGFFQIP |
| 113 | SunMme （跟卖送测试单） | amazon.com/sp?seller=A31XV7P4JMI0TW |
| 114 | JuHeGongSi | amazon.com/sp?seller=A33D7ZFQBSCZXM |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 115 | nusen shop | amazon.com/sp?seller=A3476ENQR0E1M2 |
| 116 | ☆♥☆sanitashang | amazon.com/sp?seller=A34SKIJOJVW5XA |
| 117 | Zhuoyue-us | amazon.com/sp?seller=A35M6L9C558I46 |
| 118 | ZhangLishop | amazon.com/sp?seller=A36SW6O8Q1VZXL |
| 119 | Tsheng-us | amazon.com/sp?seller=A39AFG4IHT3FIA |
| 120 | DISMISSED | DISMISSED |
| 121 | DISMISSED | DISMISSED |
| 122 | Zhinuo Store | amazon.com/sp?seller=A3F4NTKLDYCIT7 |
| 123 | SaiSaiSai | amazon.com/sp?seller=A3FRF800DRGP07 |
| 124 | C.R.Y Store | amazon.com/sp?seller=A3FUFXHY8YTNWZ |
| 125 | ZHUZHU MEOW | amazon.com/sp?seller=A3GQSE2VFEKKEY |
| 126 | ZhaoYaQun | amazon.com/sp?seller=A3J16HWCT4QJQV |
| 127 | panyongdhua | amazon.com/sp?seller=A3JU42DZSP1OY6 |
| 128 | DUIYUshang | amazon.com/sp?seller=A3K4VZF9GND89G |
| 129 | shangshuixianhongfeiqichepeijianfuwuzhongxin | amazon.com/sp?seller=A3KNXVD23CMI9J |
| 130 | DISMISSED | DISMISSED |
| 131 | Hao Shang International | amazon.com/sp?seller=A3NSD9JLTMD7UP |
| 132 | EPIC SALES STORE | amazon.com/sp?seller=A3OD3LL1LE88D1 |
| 133 | ZPYKING | amazon.com/sp?seller=A3OMGS2TU7BY5S |
| 134 | DISMISSED | DISMISSED |
| 135 | DISMISSED | DISMISSED |
| 136 | Daleris | amazon.com/sp?seller=A3RKIXANVPYCW0 |
| 137 | daozhai | amazon.com/sp?seller=A3S946F4XT1I36 |
| 138 | gzlanli | amazon.com/sp?seller=A3SFWIO1P140WU |
| 139 | godve | amazon.com/sp?seller=A3THA7KIGXXV3I |
| 140 | Hii Cdogat | amazon.com/sp?seller=A3TYNUQLQDQIA4 |
| 141 | H-BXOZSAOZ-US | amazon.com/sp?seller=A3UJFFKUPG9SC2 |
| 142 | Didyts | amazon.com/sp?seller=A3UMP6KTNLY8DH |
| 143 | DISMISSED | DISMISSED |

| No. | Defendant Name | Store/Seller Page |
|---|---|---|
| 144 | US 7-15Days Delivery | amazon.com/sp?seller=A5E83KD4KRJ41 |
| 145 | 大强强001 | amazon.com/sp?seller=A6KNENZ7KNVEX |
| 146 | Dismissed | Dismissed |
| 147 | Dismissed | Dismissed |
| 148 | Lori guolei | amazon.com/sp?seller=A7E9KVBRSCRSX |
| 149 | XALANHAO | amazon.com/sp?seller=A7QSSW00KDFGM |
| 150 | Dismissed | Dismissed |
| 151 | wuaapeng ★★★★★ | amazon.com/sp?seller=A8QV9SJ87IG02 |
| 152 | PsgUsLtd(跟我你必死，不信你试试) | amazon.com/sp?seller=ACI5ECWGXS7NX |
| 153 | Dismissed | Dismissed |
| 154 | GXSYAO | amazon.com/sp?seller=AEZ1LE2237NRN |
| 155 | wogouyi | amazon.com/sp?seller=AG1FVZK05PM0 |
| 156 | Dismissed | Dismissed |
| 157 | jingyifushishangmao | amazon.com/sp?seller=AHY1IJZMSEH54 |
| 158 | Judy-US | amazon.com/sp?seller=AIJS4NFCP7OOD |
| 159 | Dismissed | Dismissed |
| 160 | JINCHU | amazon.com/sp?seller=AL3XHRXA2ZAA2 |
| 161 | telaite 7-15Days Arrive | amazon.com/sp?seller=ALBXF8SRFTL6H |
| 162 | ShengQianLi | amazon.com/sp?seller=ALJ41N2HEHBUZ |
| 163 | guchengxiannanqiangshangmaoyouxiangongsi | amazon.com/sp?seller=ALL5CVEHYWNR8 |
| 164 | ruiqishang | amazon.com/sp?seller=ALLHPHC4XV62C |
| 165 | shangqbh | amazon.com/sp?seller=ALOT860WZZ52Y |
| 166 | Dismissed | Dismissed |
| 167 | Dabing keji | amazon.com/sp?seller=AMGC26EYO44DD |
| 168 | Dismissed | Dismissed |
| 169 | Dismissed | Dismissed |
| 170 | shiko33 | amazon.com/sp?seller=APJ4JJ8MGC7J3 |
| 171 | mayace | amazon.com/sp?seller=AQCQBR98WATR5 |
| 172 | 东明茹淼商贸有限公司 | amazon.com/sp?seller=AQEH1ND1KSL5 |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 173 | DISMISSED | DISMISSED |
| 174 | DISMISSED | DISMISSED |
| 175 | JFGDShop | amazon.com/sp?seller=ARIFBX3VIAOY4 |
| 176 | xintaishixiangcheshijiaqichezhuangjuzhongxin | amazon.com/sp?seller=ASENHGZJ10SF9 |
| 177 | DISMISSED | DISMISSED |
| 178 | Jayden-US | amazon.com/sp?seller=ATQTAWGB8VPTL |
| 179 | DISMISSED | DISMISSED |
| 180 | JZHRStore | amazon.com/sp?seller=AUMTJEDD17OM2 |
| 181 | YEQANG | amazon.com/sp?seller=AV2BGUFZPMY90 |
| 182 | meng zhi lu | amazon.com/sp?seller=AW6WISAORJW36 |
| 183 | Artisan-heart | amazon.com/sp?seller=AXBTFSOW3XI7R |
| 184 | buwenshangmao | amazon.com/sp?seller=AXETYIT2E9AON |
| 185 | DISMISSED | DISMISSED |
| 186 | ShengX iang Electronics can Co. | amazon.com/sp?seller=AYEMH4ZKP96OU |
| 187 | DISMISSED | DISMISSED |
| 188 | huaixiushang | amazon.com/sp?seller=AZD608CUXAH2E |
| 189 | gou09 | dhgate.com/store/21149435 |
| 190 | fine777 | dhgate.com/store/21227773 |
| 191 | clothesstore1 | dhgate.com/store/21755580 |
| 192 | smyy5 | dhgate.com/store/21768630 |
| 193 | smyy6 | dhgate.com/store/21768634 |
| 194 | smyy9 | dhgate.com/store/21769411 |
| 195 | guan10 | dhgate.com/store/21836744 |
| 196 | Smyy666 | dhgate.com/store/21882495 |
| 197 | smyy888 | dhgate.com/store/21882496 |
| 198 | DISMISSED | DISMISSED |
| 199 | DISMISSED | DISMISSED |
| 200 | alpha1299 | ebay.com/usr/alpha1299 |
| 201 | anita0066 | ebay.com/usr/anita0066 |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 202 | beautiful.home201 | ebay.com/usr/beautifulhome201 |
| 203 | beautiful29 | ebay.com/usr/beautiful29 |
| 204 | beauty0005 | ebay.com/usr/beauty0005 |
| 205 | beauty7779 | ebay.com/usr/beauty7779 |
| 206 | beimeifashion | ebay.com/usr/beimeifashion |
| 207 | candy.bean-2 | ebay.com/usr/candy.bean-2 |
| 208 | Seven Store 7 | ebay.com/usr/champra_70 |
| 209 | changli258 | ebay.com/usr/changli258 |
| 210 | DISMISSED | DISMISSED |
| 211 | chaozhen0315 | ebay.com/usr/chaozhen0315 |
| 212 | charhef18 | ebay.com/usr/charhef18 |
| 213 | charlaz_68US | ebay.com/usr/charlaz68US |
| 214 | clubtwo | ebay.com/usr/clubtwo |
| 215 | DISMISSED | DISMISSED |
| 216 | DISMISSED | DISMISSED |
| 217 | dmdzsw_3 | ebay.com/usr/dmdzsw_3 |
| 218 | eptjknbdbd | ebay.com/usr/eptjknbdbd |
| 219 | erai9660 | ebay.com/usr/erai9660 |
| 220 | eveningstore_f | ebay.com/usr/eveningstore_f |
| 221 | freeasy33 | ebay.com/usr/freeasy33 |
| 222 | fzd_67 | ebay.com/usr/fzd_67 |
| 223 | DISMISSED | DISMISSED |
| 224 | goosioi33 | ebay.com/usr/goosioi33 |
| 225 | haapy lifes | ebay.com/str/haapylifes |
| 226 | DISMISSED | DISMISSED |
| 227 | hongkongkodan_0 | ebay.com/usr/hongkongkodan_0 |
| 228 | DISMISSED | DISMISSED |
| 229 | Hotwind123 | ebay.com/str/Hotwind123 |
| 230 | DISMISSED | DISMISSED |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 231 | hw-228 | ebay.com/usr/hw228 |
| 232 | ilkinstore | ebay.com/usr/ilkinstore |
| 233 | iwjg3148 | ebay.com/usr/iwjg3148 |
| 234 | DISMISSED | DISMISSED |
| 235 | JieLuck3000 | ebay.com/str/jieservice |
| 236 | jiumy009 | ebay.com/usr/jiumy009 |
| 237 | kgopen888 | ebay.com/usr/kgopen888 |
| 238 | kingcarts | ebay.com/str/kingcarts |
| 239 | Lanren_LivingArts | ebay.com/usr/Lanren_LivingArts |
| 240 | letver_59 | ebay.com/usr/letver_59 |
| 241 | luckygirl688 | ebay.com/str/luckygirl688 |
| 242 | DISMISSED | DISMISSED |
| 243 | Misseven7 | ebay.com/str/Misseven7 |
| 244 | Motor-shop999 | ebay.com/usr/Motor-shop999 |
| 245 | DISMISSED | DISMISSED |
| 246 | DISMISSED | DISMISSED |
| 247 | new_beauty7 | ebay.com/usr/new_beauty7 |
| 248 | nihj77 | ebay.com/usr/nihj77 |
| 249 | niran-9354 | ebay.com/usr/niran-9354 |
| 250 | obliand | ebay.com/usr/obliand |
| 251 | oneoneli | ebay.com/usr/oneoneli |
| 252 | DISMISSED | DISMISSED |
| 253 | oshanmali0 | ebay.com/usr/oshanmali0 |
| 254 | proyuhg | ebay.com/usr/proyuhg |
| 255 | ribery1709 | ebay.com/usr/ribery1709 |
| 256 | ruolrl_96 | ebay.com/usr/ruolrl_96 |
| 257 | sell4eu | ebay.com/usr/sell4eu |
| 258 | DISMISSED | DISMISSED |
| 259 | DISMISSED | DISMISSED |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 260 | skyh-hh | ebay.com/usr/skyh-hh |
| 261 | smbla_69 | ebay.com/usr/smbla_69 |
| 262 | DISMISSED | DISMISSED |
| 263 | sunburst520 | ebay.com/usr/sunburst520 |
| 264 | survetao51 | ebay.com/usr/survetao51 |
| 265 | texang45zo | ebay.com/usr/texang45zo |
| 266 | uion9ship | ebay.com/usr/uion9ship |
| 267 | vooowoo-8 | ebay.com/usr/vooowoo-8 |
| 268 | DISMISSED | DISMISSED |
| 269 | DISMISSED | DISMISSED |
| 270 | DISMISSED | DISMISSED |
| 271 | yaokui07 | ebay.com/usr/yaokui07 |
| 272 | youzgu520 | ebay.com/usr/youzgu520 |
| 273 | yuyunew | ebay.com/usr/yuyunew |
| 274 | yy-161 | ebay.com/usr/yy-161 |
| 275 | zdauuk466-store | ebay.com/usr/zdauuk466-store |
| 276 | Yongtaixianmeiwosimaoyiyouxiangongsi | fruugo.us/yongtaixianmeiwosimaoyiyouxiangongsi/m-19595 |
| 277 | DISMISSED | DISMISSED |
| 278 | DISMISSED | DISMISSED |
| 279 | zuond | zuond.com/ |
| 280 | Yijiayouxuanjiaju | us.shein.com/store/home?store_code=1261079550 |
| 281 | DISMISSED | DISMISSED |
| 282 | DISMISSED | DISMISSED |
| 283 | Mama Daily | us.shein.com/store/home?store_code=5462892032 |
| 284 | DISMISSED | DISMISSED |
| 285 | HN-AYE | us.shein.com/store/home?store_code=5808108368 |
| 286 | DISMISSED | DISMISSED |
| 287 | DISMISSED | DISMISSED |

| No. | Defendant Name | Store/Seller Page |
|-----|----------------|-------------------|
| 288 | DISMISSED | DISMISSED |
| 289 | DISMISSED | DISMISSED |
| 290 | ZMEI | us.shein.com/store/home?store_code=9942328990 |
| 291 | breadapparel | breadapparel.com.au/ |
| 292 | clothesuit | clothesuit.com |
| 293 | coolnary | coolnary.com |
| 294 | Rose gardening | temu.com/m-116673662932.html |
| 295 | Re Wisdom | temu.com/m-16039009953.html |
| 296 | DISMISSED | DISMISSED |
| 297 | DISMISSED | DISMISSED |
| 298 | WX STUDIO | temu.com/m-2377119621826.html |
| 299 | DISMISSED | DISMISSED |
| 300 | Jun Nuo | temu.com/m-25740868478.html |
| 301 | Lady First | temu.com/m-27370772887.html |
| 302 | BABYS WE | temu.com/m-30396119695.html |
| 303 | Levan bathroom | temu.com/m-3205136095242.html |
| 304 | Wimnner | temu.com/m-3596651932066.html |
| 305 | HOME DC | temu.com/m-38149347972.html |
| 306 | DISMISSED | DISMISSED |
| 307 | DISMISSED | DISMISSED |
| 308 | ChuangSZ | temu.com/m-44744318533.html |
| 309 | bananaalen | temu.com/m-4855513078467.html |
| 310 | DISMISSED | DISMISSED |
| 311 | DISMISSED | DISMISSED |
| 312 | happy sundaytrade | temu.com/m-5121473557669.html |
| 313 | Qievosoy | temu.com/m-5197623713179.html |
| 314 | DISMISSED | DISMISSED |
| 315 | DISMISSED | DISMISSED |
| 316 | Niceroom | temu.com/m-5880417463383.html |

| No. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 317 | **DISMISSED** | **DISMISSED** |
| 318 | **DISMISSED** | **DISMISSED** |
| 319 | BEIYAZHAJI | temu.com/m-6095298199504.html |
| 320 | **DISMISSED** | **DISMISSED** |
| 321 | **DISMISSED** | **DISMISSED** |
| 322 | CEILIG | temu.com/m-634418209959321.html |
| 323 | MrBean | temu.com/m-634418210262783.html |
| 324 | ALICEY | temu.com/m-634418210321895.html |
| 325 | Creative garden decoration | temu.com/m-634418210407933.html |
| 326 | Ideal Market | temu.com/m-634418210614283.html |
| 327 | Yuanmi | temu.com/m-634418210642867.html |
| 328 | miss all | temu.com/m-634418210656607.html |
| 329 | **DISMISSED** | **DISMISSED** |
| 330 | Make friends AHH | temu.com/m-634418210856239.html |
| 331 | yuanyaodianzi | temu.com/m-634418210927167.html |
| 332 | **DISMISSED** | **DISMISSED** |
| 333 | **DISMISSED** | **DISMISSED** |
| 334 | **DISMISSED** | **DISMISSED** |
| 335 | **DISMISSED** | **DISMISSED** |
| 336 | New Sinley | temu.com/m-634418211214760.html |
| 337 | MOSHA | temu.com/m-634418211347965.html |
| 338 | Shop of Moonlight | temu.com/m-634418211411717.html |
| 339 | **DISMISSED** | **DISMISSED** |
| 340 | Welcome to the Good Value Stop | temu.com/m-634418211460313.html |
| 341 | ROU SHOP | temu.com/m-634418211506458.html |
| 342 | **DISMISSED** | **DISMISSED** |
| 343 | VVLifeStyle | temu.com/m-634418211581519.html |
| 344 | Aliceye | temu.com/m-634418211601366.html |
| 345 | Outdoor sports outdoor decorat | temu.com/m-634418211625045.html |

| NO. | DEFENDANT NAME | STORE/SELLER PAGE |
|---|---|---|
| 346 | AAA outdoors shop | temu.com/m-634418211983726.html |
| 347 | Household life | temu.com/m-802549250885.html |
| 348 | DISMISSED | DISMISSED |
| 349 | DISMISSED | DISMISSED |
| 350 | LN Technology | walmart.com/reviews/seller/101207511 |
| 351 | DISMISSED | DISMISSED |
| 352 | Xinzong Trading Co., Ltd. | walmart.com/reviews/seller/101225372 |
| 353 | daisoug | walmart.com/reviews/seller/101227175 |
| 354 | Better Funiture Co. Ltd. | walmart.com/reviews/seller/101229147 |
| 355 | DISMISSED | DISMISSED |
| 356 | acelit | walmart.com/reviews/seller/101240020 |
| 357 | DISMISSED | DISMISSED |
| 358 | Riches | walmart.com/reviews/seller/101241656 |
| 359 | MMBIGQ | walmart.com/reviews/seller/101247948 |
| 360 | DISMISSED | DISMISSED |
| 361 | zi yu liu | walmart.com/reviews/seller/101279502 |
| 362 | Hezhuoli Trading Co., Ltd. | walmart.com/reviews/seller/101289628 |
| 363 | Home | walmart.com/reviews/seller/101295763 |
| 364 | YLH e-commerce Co. Ltd | walmart.com/reviews/seller/101295888 |
| 365 | ting lai ha Trading Co., Ltd. | walmart.com/reviews/seller/101307115 |
| 366 | RUDRS | walmart.com/reviews/seller/101333111 |
| 367 | DISMISSED | DISMISSED |
| 368 | DISMISSED | DISMISSED |
| 369 | DISMISSED | DISMISSED |
| 370 | liyuan552 | wish.com/merchant/5d4f7c2b4115da40b2010409 |
| 371 | pangxiefang~77 | wish.com/merchant/5d5762b94290153c6e58f002 |
| 372 | lixiang27258 | wish.com/merchant/60bae7cb2615ac275da22c4c |
| 373 | DISMISSED | DISMISSED |
| 374 | DISMISSED | DISMISSED |

| No. | Defendant Name | Store/Seller Page |
|---|---|---|
| 375 | DISMISSED | DISMISSED |
| 376 | DISMISSED | DISMISSED |
| 377 | DISMISSED | DISMISSED |
| 378 | DISMISSED | DISMISSED |
| 379 | DISMISSED | DISMISSED |
| 380 | DISMISSED | DISMISSED |
| 381 | DISMISSED | DISMISSED |
| 382 | DISMISSED | DISMISSED |
| 383 | DISMISSED | DISMISSED |
| 384 | DISMISSED | DISMISSED |
| 385 | Joybuy Marketplace 13 | walmart.com/reviews/seller/18988 |
| 386 | DISMISSED | DISMISSED |
| 387 | DISMISSED | DISMISSED |
| 388 | DISMISSED | DISMISSED |
| 389 | DISMISSED | DISMISSED |
| 390 | DISMISSED | DISMISSED |
| 391 | DISMISSED | DISMISSED |
| 392 | DISMISSED | DISMISSED |
| 393 | DISMISSED | DISMISSED |
| 394 | DISMISSED | DISMISSED |
| 395 | DISMISSED | DISMISSED |
| 396 | DISMISSED | DISMISSED |
| 397 | DISMISSED | DISMISSED |
| 398 | DISMISSED | DISMISSED |
| 399 | DISMISSED | DISMISSED |
| 400 | DISMISSED | DISMISSED |
| 401 | DISMISSED | DISMISSED |
| 402 | DISMISSED | DISMISSED |
| 403 | DISMISSED | DISMISSED |